## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:22-CV-01271-PGB

Plaintiff:
**SYDNEY RODRIGUEZ**

vs.

Defendant:
**DOVECOTE, LLC**



MSI2022005886

For:
Christopher J. Saba
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Ave.
Suite 300
Tampa, FL 33602

Received by MercuryServe, Inc. on the 25th day of July, 2022 at 9:09 am to be served on **Dovecote, LLC c/o Swann Hadley Stump Dietrich & Spears, P.A. as Registered Agent, 200 E. New England Ave., Unit 105 - Suite 300, Winter Park, FL 32789**.

I, Jesse Williams, being duly sworn, depose and say that on the **26th day of July, 2022** at **11:55 am, I:**

Served **Dovecote, LLC** by delivering a true copy of the **Summons In A Civil Action and Complaint And Demand For Jury Trial, and Notice of Electronic Filing** with the date and hour of service endorsed thereon by me, to: **Karen Brown** as **Attorney,** an authorized employee of **Registered Agent** for **Dovecote, LLC**, at the address of **200 E. New England Ave., Unit 105 - Suite 300, Winter Park, FL 32789** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 165, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server or Special Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. No notary is required pursuant to Florida State Statute 92.525(2).

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to (or affirmed) and subscribed before me by means of [ x ] physical presence or [  ] online notarization, on the 27th day of July, 2022 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
**Jesse Williams**
CPS #0108 / CPS #18-0023

**MercuryServe, Inc.
412 East Madison Street
Suite 815
Tampa, FL 33602
(813) 223-5400**

Our Job Serial Number: MSI-2022005886

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i