# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SYDNEY RODRIGUEZ,**

      **Plaintiff,**

**v.**                           **Case No: 6:22-cv-1271-PGB-EJK**

**DOVECOTE, LLC,**

      **Defendant.**

## ORDER DIRECTING COMPLIANCE

This case is before the Court upon periodic review. Defendant has failed to comply with the Court's Initial Case Order (Doc. No.6) of July 22, 2022, directing Defendant to file a Certificate of Interested Persons and Notice of Pendency of Other Actions. Accordingly, it is

**ORDERED** that the Defendant shall file a response to said Order **within fourteen (14) days** from the date of this Order. Failure to comply with this Order may result in appropriate sanctions.

**DONE AND ORDERED** at Orlando, Florida, this 6th day of September 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party