UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SYDNEY RODRIGUEZ,

        **Plaintiff,**

v.                                    **Case No: 6:22-cv-1271-PGB-EJK**

DOVECOTE, LLC,

        **Defendant.**

## ORDER

This cause comes before the Court on the parties' Joint Motion to Approve FLSA Settlement and Dismissal with Prejudice (Doc. 34), filed April 17, 2023.

This is an FLSA case. *See generally* 29 U.S.C. §§ 201–209. The parties filed a Joint Motion to Approve FLSA Settlement and Dismissal with Prejudice (Doc. 34) (the "Motion"). On May 3, 2023, the parties consented to the jurisdiction of the undersigned United States Magistrate Judge for purposes of considering the Motion and, thus, granting the relief requested therein. (Doc. 36.) The presiding District Judge approved that consent. (Doc. 37.) Since the proposed settlement involves a compromise of Plaintiff's FLSA claims for overtime and minimum wage compensation, it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). Having reviewed the proposed settlement, the Court finds that it is a reasonable compromise of a bona fide dispute between parties represented by competent counsel. *Id.* The Court further finds that the agreed-upon fee to be paid to

Plaintiff's counsel was determined independently, did not affect the payment to Plaintiff, and otherwise appears to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

It is, therefore **ORDERED** that the Motion (Doc. 34) is **GRANTED**. The settlement is **APPROVED**, and this case is **DISMISSED** with prejudice.

**DONE** and **ORDERED** in Orlando, Florida on May 16, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE